BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
1st Capital Investment Co., LLC                 §    Case No.:  07–43650–dml7
                                                §    Chapter No.:  7
                              Debtor(s)          §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  8/20/09                    FOR THE COURT:
                                   Tawana C. Marshall, Clerk of Court

                                   by: /s/S. Dugan, Deputy Clerk